# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2059

_____

James F. Boschert

*Plaintiff - Appellant*

v.

JPMorgan Chase Bank, National Association

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 5, 2016
Filed: January 15, 2016
[Unpublished]

_____

Before SMITH, BYE and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

James F. Boschert appeals the district court's[1] dismissal of his diversity action under Federal Rule of Civil Procedure 12(b)(6). We agree with the district court that

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

dismissal for failure to state a claim was warranted, see Mountain Home Flight Serv., Inc. v. Baxter Cnty., Ark., 758 F.3d 1038, 1042-43 (8th Cir. 2014) (de novo review), and we find no merit to Boschert's objections to the no-argument designation of the instant appeal.  The judgment of the district court is affirmed.  See 8th Cir. R. 47B.

_____